UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GODFREY SCOTT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK J. BISIGNANO, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:25-CV-63-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on June 11, 2025 [D.E. 14], the court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Judgment filed and entered on June 11, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

June 11, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk