UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GODFREY SCOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK J. BISIGNANO, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:25-CV-63-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff attorney fees in the amount Seven Thousand Four Hundred and 00/100 Cents ($7,400.00) under 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at Arrowood & Hall, PLLC, PO Box 58129, Raleigh, NC, 58129, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment filed and entered on June 26, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

June 26, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk